IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**EVELYN WHEELER and**
**JOHNNY WHEELER**                                                                  **PLAINTIFFS**

VS.                                           2:07-CV-00056-WRW

**STATE FARM FIRE AND CASUALTY**                                       **DEFENDANT**
**INSURANCE COMPANY**

### ORDER

Pending is Defendant's Motion to Compel (Doc. No. 14). Plaintiffs have responded.[1] For good cause shown, the motion is GRANTED.

Defendant asserts that Plaintiffs' responses to the First Set of Requests for Production and First Set of Interrogatories were inadequate. According to Defendant, the "deficient responses by the Plaintiffs fall into two categories: discovery that Plaintiffs 'will supplement' and discovery that Plaintiffs claim to already have produced during the investigation of this claim."[2]

Plaintiffs responded "Will Supplement" to Request No. 2 and Request No. 8.[3] According to Defendant, supplements have not been received. Unless there is something that doesn't meet the eye here, Plaintiffs must respond to Defendant's Requests No. 2 and No. 8 by noon, Thursday, July 31, 2008.

---

[1] Doc. No. 16.

[2] Doc. No. 15.

[3] The requests were: "REQUEST NO. 2: Please produce any documents which support your claim for alleged bad faith in your complaint . . . REQUEST NO. 8 : Please provide all employment records, time sheets and/or time cards for the 48 hour period before and after the fire."

1

2

As to several other requests -- Request No. 6 (request for credit card statements), Request No. 7 (request for phone records), Request No. 10 (request for bank statements), and Request No. 14 (request for documentation related to the alarm service on Plaintiffs' home) -- Plaintiffs responded that the documents "burned in the fire" and that they already "gave all the information they had regarding this to State Farm's representatives when they first made their claim."[4] In response to these requests, Plaintiff is directed to get duplicates from the bank, telephone company, credit card company, or other appropriate entity and provide them to Defendant by 5 p.m., Friday, August 8, 2008.

IT IS SO ORDERED this 28th day of July, 2008.

/s/ Wm. R. Wilson, Jr._____
UNITED STATES DISTRICT JUDGE

---

[4] Doc. No. 15, Ex. A.