IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**EVELYN WHEELER and**
**JOHNNY WHEELER**                                                                                      **PLAINTIFFS**

**V.**                                          **2:07-CV-00056-WRW**

**STATE FARM FIRE AND CASUALTY**
**INSURANCE COMPANY**                                                                                **DEFENDANT**

## ORDER

Pending is Defendant's Motion for Partial Summary Judgment (Doc. No. 17), to which Plaintiff has responded.[1]  Defendant moves for summary judgment as to Plaintiffs' claim of bad faith.  Plaintiffs in their response state that they have no objections.  Accordingly, Defendant's Motion for Partial Summary Judgment is GRANTED.

IT IS SO ORDERED this 5th day of August, 2008.

/s/ Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 20.