```
          IN THE UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF ARKANSAS
                    EASTERN DIVISION


EVELYN WHEELER and
JOHNNY WHEELER                                      PLAINTIFFS

     vs.                  2:07CV00056-WRW

STATE FARM FIRE AND CASUALTY
INSURANCE COMPANY                                    DEFENDANT
```

### JUDGMENT ON JURY VERDICT

This action came on for trial June 23, 2009, before the Court and a jury, the Honorable William R. Wilson, Jr., United States District Judge presiding.  The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on June 24, 2009, in favor of the plaintiffs.

IT IS THEREFORE CONSIDERED, ORDERED AND ADJUDGED that the plaintiffs, Evelyn Wheeler and Johnny Wheeler, have and recover from the defendant, State Farm Fire and Casualty Insurance Company, the total sum of Seventy-One Thousand Three Hundred Sixty-Five and 95/100 ($71,365.95) plus 12% penalty under Ark. Code Ann. 23-79-208; plus prejudgment interest at 6% under Ark. Const. Art 19, § 13; and, postjudgment interest from the date of judgment until paid at the rate of .51% per annum as provided by law.

IT IS SO ORDERED this 29th day of June, 2009.


                              /s/Wm. R. Wilson, Jr.
                              UNITED STATES DISTRICT JUDGE